## William J. Sheppard, Appellee, v. Walter J. Cummings et al., Trading as Chicago Surface Lines, Appellants.

### Gen. No. 42,401.

opinion filed November 6, 1944; rehearing denied November 21, 1944; released for publication November 24, 1944. Frank L. Kriete, Frederick O. Floberg and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Owens & Owens, for appellee; Thomas L. Owens, of counsel. Opinion by Justice Friend. Not to be published in full.